UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22738-Civ-MORENO/SIMONTON

JASON A. PELLON, DANNY            )
BALLADARES, IVAN PEREZ, JAMES     )
GONZALEZ, FRANDCEAU DUJOUR,       )
JOEL CRUZ, REAZUL ANSARI, LARRY   )
BUTLER, PEDRO LUIS PEREZ, ADRIAN  )
HUSSAIN, JORGE RODRIGUEZ, ALFRED  )
EDWARDS,                          )
                                  )
    Plaintiffs and all others similarly )
    situated under 29 USC 216(B),      )
                                  )
v.                                )
                                  )
BUSINESS REPRESENTATION           )
INTERNATIONAL, INC.,              )
JOSEPH C. LORENZO,                )
                                  )
    Defendants.                     )
_____ )

**NOTICE OF FILING**
**EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
**(WITH INCORPORATED MEMORANDUM OF LAW)**

Defendants, Business Representation International, Inc. and Joseph C. Lorenzo ("Defendants"), by and through undersigned counsel, hereby give Notice of Filing the Exhibits in Support of their Motion for Summary Judgment which has been filed concurrently herewith.

MI:120002v1

- 2 -

Dated: July 25, 2007    Respectfully submitted,

**s/ Mark J. Beutler**
Michael W. Casey, III
Florida Bar No. 141430
mcasey@ebglaw.com
Mark J. Beutler
Florida Bar No. 0023400
mbeutler@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
Suite 2100, Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Tel: (305) 982-1520
Fax: (305) 982-1521
Counsel for Defendants, Business Representation
International, Inc. and Joseph C. Lorenzo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-22738-CIV-MORENO/SIMONTON

JASON A. PELLON, DANNY                         )
BALLADARES, IVAN PEREZ, JAMES          )
GONZALEZ, FRANDCEAU DUJOUR,          )
JOEL CRUZ, REAZUL ANSARI, LARRY      )
BUTLER, PEDRO LUIS PEREZ, ADRIAN    )
HUSSAIN, JORGE RODRIGUEZ, ALFRED  )
EDWARDS,                                                  )
                                                                   )
    Plaintiffs and all others similarly           )
    situated under 29 USC 216(B),                )
                                                                   )
v.                                                                 )
                                                                   )
BUSINESS REPRESENTATION                      )
INTERNATIONAL, INC.,                              )
JOSEPH C. LORENZO,                                )
                                                                   )
    Defendants.                                          )
_____ )

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of July, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      **s/ Mark J. Beutler**

- 4 -

## SERVICE LIST

**Jason A. Pellon, Danny Balladares, et al. v.
Business Representation International, Inc., et al.**

**Case No. 06-22738-Civ-Moreno/Simonton
United States District Court, Southern District of Florida**

Jamie H. Zidell, Esquire
zabogado@aol.com
J. H. Zidell, P.A.
Suite 605
300 – 71 Street
Miami Beach, Florida  33141
Tel: (305) 865-6766
Counsel for Plaintiffs
Jason A. Pellon, Danny Balladares, Ivan Perez, et al.

[Via CM/ECF]