```
 1                UNITED STATES DISTRICT COURT
 2                SOUTHERN DISTRICT OF FLORIDA
 3
              CASE NO. 06-22738-CIV-MORENO/SIMONTON
 4
 5   JASON A. PELLON, et al.,
 6            Plaintiffs,                    ORIGINAL
 7   -vs-
 8   BUSINESS REPRESENTATION INTERNATIONAL, INC.,
     JOSEPH C. LORENZO,
 9
              Defendants.
10   _____
11
                 DEPOSITION OF HERIBERTO MALDONADO
12
13
                     Friday, June 1, 2007
14                   2:27 p.m. - 4:36 p.m.
15
                  200 South Biscayne Boulevard
16                         Suite 2100
                       Miami, Florida 33131
17
18   Reported By:
19   Sharon Ambersley, CCR
     Notary Public, State of Florida
20   Network Reporting Corporation
     Phone:  888.358.8188
21           305.358.8188
22                           - - -
23
24
25
```

1  A   Yes.
2  Q   Okay. So you spend five or six hours receiving passengers at the curbside, what did you do then when you were done? I'm sorry. Let me clarify my question. After spending your five or six hours at the curbside receiving passengers, then what did you do?
7  A   It's not just five, six hours receiving passengers. During those hours I am doing other duties.
9  Q   What else did you do?
10 A   Taking bags downstairs or to the designated TSA areas.
12 Q   You took bags to TSA pods, correct?
13 A   Um-hmm.
14 Q   Is that what you are telling me?
15 A   Yes.
16 Q   And did you assist any handicapped passengers?
17 A   Yes.
18 Q   You push the wheelchairs two days ago?
19 A   Yes.
20 Q   You did?
21 A   I help passenger when they arrive on the curbside. Some of these people can't walk right out the car so I have to go inside, get myself a wheelchair, sit them on the wheelchair, wheel them inside, take care of that passenger.

```
 1  the upstairs or did that include upstairs and
 2  downstairs?
 3       A    Upstairs only.
 4       Q    And how many are they downstairs?
 5       A    About the same, five.
 6       Q    So there is 10 TSA pods you might be able to
 7  take bags to, correct?
 8       A    Yes.
 9       Q    On each concourse?
10       A    Yes.
11       Q    And your skycap station is on the second
12  level, the upper level, correct?
13       A    Yes.
14       Q    Okay.  That's where you receive passengers on
15  the second level, correct?
16       A    Departure, yes, correct.
17       Q    Now you mentioned that you have to take bags
18  from were you receive them from the passengers to the
19  TSA pods, correct?
20       A    Yes.
21       Q    Now those are the --
22       A    We do that every ten, 15, 20 minutes.
23       Q    Okay.  And I would assume you try to go the
24  one that's nearest to you, correct?
25       A    Not quite.  We're assigned to some of them and
```

1  when they are full we got to be running to some other
2  machines where they would take the bags.
3      Q    I understand.  Sometimes you can't take them
4  to the one closest to you?
5      A    Right.
6      Q    But that's your first choice, correct?
7      A    Not really.
8      Q    Really.  Why would you to take it to a farther
9  one if you could take it to a closer one?
10     A    Because the closest one they are assigned for
11 the ones that -- most of the times when the passenger do
12 their self-check in or first class passenger or
13 regardless.  They make those decisions.  We don't make
14 those decisions where we are going to drop off the bags
15 most of the time.
16     Q    You are told which pods to go to?
17     A    Yes, that is correct.
18     Q    And how far is the nearest pod, TSA pod from
19 where your bags -- where you receive the bags from the
20 passengers?
21     A    The farthest one?
22     Q    The closest one.
23     A    The closest?
24     Q    Yes.
25     A    Minutes?

```
 1    Q    No.
 2    A    Walking distance?
 3    Q    Yeah.  Is it like 50 yards, 100 yards, what is
 4  it?
 5    A    I believe over -- a little over a 100 yards.
 6    Q    Over a 100 yards?
 7    A    Yes.
 8    Q    That's a football field, right?
 9    A    Somewhere around there, 75.
10    Q    And that's the closest one is a 100 yards
11  away?
12    A    I could say.
13    Q    All right.
14    A    I am not accurate.  I am just --
15    Q    I am estimating it.
16    A    I am estimating.
17    Q    And how far is the -- how far beyond that is
18  the second closest TAS pod?
19    A    It's somewhere in the area right there, near
20  close by.
21    Q    Okay.  So going to the closest or the second
22  closest makes little difference, correct?
23    A    A little, yes.
24    Q    And how far -- okay.  If you receive a bag at
25  concourse D, are you ever required to take that bag to
```

```
 1  some other concourse?
 2       A    Yes.
 3       Q    You are required.  Does that happen often?
 4       A    Yes.
 5       Q    So you would take a bag at D and have to go
 6  to --
 7       A    To go to E.
 8       Q    To E.  And what's the farthest you have to
 9  walk with bags from where you take them to where the TSA
10  takes control of them?
11       A    Downstairs.  Take the elevator and walk
12  downstairs.
13       Q    So let's say you are in the --
14       A    It's minutes.  It could be minutes.  I am
15  waiting for the elevator to come up or to go down.  I am
16  waiting outside the elevator.  It takes time.  Remember
17  I have a cartload of bags.
18       Q    Okay.  Well, you worked two days ago, correct?
19       A    I am not the only one and there is other
20  people waiting for -- to do the same thing.  That's why
21  it takes so long.
22       Q    I understand.  Moving through an airport can
23  take a lot of time sometimes.  I know that.  I could a
24  witness to that.
25       A    Um-hmm.
```

```
 1      Q    Well, how far then is the farthest one away?
 2   In other words, if I take -- you worked at concourse D
 3   two days ago, correct?
 4      A    It could be anywhere from C to E.
 5      Q    Okay.  So -- and what's -- I want to get an
 6   idea.  What's the farthest you are required to take a
 7   bag?
 8      A    It could take anywhere from ten to 15, 20
 9   minutes.
10      Q    And how far would that be in distance?
11      A    I will go by minutes.  It's as long as it
12   takes us to walk there, to get there.
13      Q    Now sometimes you take a bag to the closest
14   TSA pod; isn't that true?
15      A    Most of the time not to the closest one.
16      Q    But sometimes you do?
17      A    Sometime.
18      Q    And sometimes you go to the ones that are
19   farther away, correct?
20      A    The ones that we are assigned to.
21      Q    Which one are you normally assigned to?
22      A    The one by the middle by the center on D.
23      Q    Second floor or first floor?
24      A    Second floor.  It's just for a while one.
25   Maybe hour, two hours and then after that it's
```

```
                    C E R T I F I C A T E

THE STATE OF FLORIDA)
COUNTY OF DADE      )

        I, Sharon Ambersley, Certified Court Reporter,
State of Florida at large, do hereby certify that I
was authorized to and did report said deposition in
stenotype; and that the foregoing pages, numbered
from 1 to 97, inclusive, are a true and correct
transcription of my shorthand notes of said
deposition.

        I further certify that said deposition was
taken at the time and place hereinabove set forth
and that the taking of said deposition was commenced
and completed as hereinabove set out.
        I further certify that I am not attorney or
counsel of any of the parties, nor am I a relative
or employee of any attorney or counsel of party
connected with the action, nor am I financially
interested in the action.
        The foregoing certification of this transcript
does not apply to any reproduction of the same by
any means unless under the direct control and/or
direction of the certifying reporter.

        IN WITNESS WHEREOF, I have hereunto set my hand
this 11th day of June 2007.


                        _Sharon Ambersley_____
                        Sharon Ambersley, CCR
                        Notary Public - State of Florida
                        My Commission: DD334863
                        My Commission Expires: 07/06/08
```