```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
 2
          CASE NO. 06-22738-CIV-MORENO/SIMONTON
 3
 4
 5  JASON A. PELLON, et al.,
 6          Plaintiffs,
 7  -vs-                              ORIGINAL
 8  BUSINESS REPRESENTATION
    INTERNATIONAL, INC.,
 9  JOSEPH C. LORENZO,
10          Defendants.
11  _____
12
              DEPOSITION OF LUIS GENEO
13
14
              July 10, 2007
15          2:00 p.m. - 4:15 p.m.
16
17     200 South Biscayne Boulevard, Suite 2100
              Miami, Florida 33131
18
19
20  Reported By:
    Catherine L. Pflueger, Court Reporter
21  Notary Public, State of Florida
    Network Reporting Corporation
22  Phone:  888.358.8188
            305.358.8188
23
24                       - - -
25
```

EXHIBIT K

1     A. All of this complimented the job.

2     Q. Okay. Are you telling me that you're unable to
3  tell me how much time you did any of these tasks because
4  they were intertwined?

5     A. I cannot give you an exact amount of time
6  because the thing is, if I at that moment took a client
7  or passenger that didn't have any luggage it took a
8  certain amount, and then if later I went ahead and got
9  another one that did have luggage, then that would take
10 me more time.

11    Q. Mr. Geneo, I've heard much of what you've told
12 me already from your skycap colleagues; nonetheless, I'm
13 going to ask you how much time you spent doing all of
14 these tasks that we've identified here. And I'll tell
15 you right now I'm going to ask you the same questions in
16 a number of different ways to see if I can help or
17 assist you in forming a reasonable estimate of how much
18 time you spent doing these things.

19       If you're unable to answer my questions, it's
20 okay for you to tell me that, but I have to find out
21 what you are able to tell me. Please don't get
22 irritated at these questions. I have told your skycap
23 colleagues that, but that didn't seem to do any good.

24       I am looking for estimates or approximations if
25 you're able to give them; I'm not looking for exact

1  amounts, so please don't tell me that you cannot give me
2  the exact amount.  I know that already.  Okay?
3      A. Then I'll be sincere and honest with you, and I
4  will tell you how things are.  If a client comes, I
5  assist five pieces of luggage; I put them on my cart.
6  Another client comes, five more bags.  At that point
7  I've already taken ten minutes with two clients, but I
8  have the luggage on the cart.  Another client comes,
9  let's add on another six minutes to that, I take the
10 bag, I put it on the cart.
11         When I then have to go downstairs to TSA, that
12 takes me about 15 minutes to do, that's only going
13 downstairs and then placing each bag in order.
14         In other words, I wasted more time in going
15 downstairs to take the bags down than the time it took
16 me to serve the client.
17     Q. Mr. Geneo, there are 53 plaintiffs in this case,
18 and I have to talk to all of them like I'm talking to
19 you, and you are No. 51.
20     A. Okay.
21     Q. I know what you do.
22     A. Okay.
23     Q. I just want to know how long it takes you to do
24 it.
25     A. But the thing is which one of them because there

```
 1  are several steps in this.
 2      Q. Okay.  If you can't separate the tasks that you
 3  do one from another, I understand that.  And if that's
 4  your testimony that you cannot tell me how much time you
 5  do any of these tasks, or you cannot tell me how much
 6  time you spend doing some of these tasks, then just tell
 7  me that.  Okay?
 8      A. I cannot.  I cannot because there just isn't an
 9  exact time.  There isn't an exact time.
10          MR. KELLY:  Why don't you try your table
11      example.  Did you give that table instruction?
12      Maybe that would help.
13          MR. BEUTLER:  Okay.  I'll try.
14          MR. KELLY:  Okay.
15      Q. (By Mr. Beutler)  Mr. Geneo, I'm allowed to ask
16  for reasonable estimates if you're able to give them to
17  me.  Okay?
18      A. I give you an estimate, you have to tabulate all
19  of this.
20      Q. Well, that's right, but let me finish my example
21  first.  I might ask you what the length of the table
22  that you are now sitting at is, correct?  And even
23  though you don't have a tape measure, you could probably
24  give me an estimate of how long this table is, correct?
25      A. The thing is this table is only one table.  Our
```

```
 1
 2  STATE OF FLORIDA
 3  COUNTY OF BROWARD
 4      I, CATHERINE L. PFLUEGER, Court Reporter,
 5  certify that I was authorized to and did
 6  stenographically report the foregoing deposition
 7  of LUIS GENEO; that a review of the transcript
 8  was requested; and that the pages 1 through 68,
 9  inclusive, are a true and complete record of my
10  stenographic notes.
11      I further certify that I am not a relative,
12  employee, attorney, or counsel of any of the
13  parties, nor am I a relative or employee of any
14  of the parties' attorney or counsel connected
15  with the action, nor am I financially interested
16  in the action.
17      Dated this 17th day of July, 2007.
18
19
20             _____
               CATHERINE L. PFLUEGER, Reporter
21
22
23
24
25
```